# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOSE R. PALACIOS-ALVARADO,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-380-G |
| | ) |
| **SCARLET GRANT, Warden,** | ) |
| **Cimmaron Detention Center, et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

Petitioner Jose R. Palacios-Alvarado, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on March 2, 2026.  *See* Pet. (Doc. No. 1).

The record reflects that Petitioner is currently represented by attorney Paul S. Zoltan and that Attorney Zoltan maintains an office in Dallas, Texas.  To date, Petitioner's attorney has not shown association with local counsel or entered an appearance in this case. *See* LCvR 83.3(a), 83.4.

IT IS ORDERED that, within seven (7) days of this Order, Petitioner's attorney shall file an entry of appearance, as required by Local Civil Rule 83.4, and show association with local counsel or seek relief from that requirement under Local Civil Rule 83.3(c).

IT IS SO ORDERED this 10th day of March, 2026.

CHARLES B. GOODWIN
United States District Judge